UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. CORDERO JACOBS   D/O/B   /1986   REG/COMMITMENT # 356289   SBI: 397560D**

## PETITION FOR WRIT OF HABEAS CORPUS

1. CORDERO JACOBS, (D/O/B   /1986) is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, New Jersey 07105.

2. Said individual will be required at Newark, New Jersey, before the Hon. Faith S. Hochberg, United States District Judge, on Monday, May 18th, 2009, at 12:30 p.m., for an Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 13th, 2009

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

### ORDER

Let the Writ Issue.

DATED: May 14, 2009

HON. FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Correctional Facility, Newark, New Jersey

WE COMMAND YOU that you have the body of

**CORDERO JACOBS**

now confined at the Essex County Correctional Facility, be brought before the United States District Court, the Hon. Faith S. Hochberg, United States Post Office and Courthouse, Federal Square, Newark, New Jersey 07102, on May 18th, 2009, at 12:30 p.m., so that he may appear for an Arraignment in the above-captioned matter.

WITNESS the Honorable Faith S. Hochberg
United States District Judge
Newark, New Jersey

DATED: 5/14/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk