UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :      Hon. Faith S. Hochberg
                                       Crim. No. 09-238 (FSH)
        v.                      :
                                       CONTINUANCE ORDER
CORDERO JACOBS,                 :


This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Cordero Jacobs (by Lorraine Gauli-Rufo, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 26th day of May, 2009,

IT IS ORDERED that defense motions shall be filed by July 20, 2009, the government's reply shall by filed by August 3, 2009, the defense surreply, if any, shall be filed by August 10, 2009, the argument of the motions is scheduled ~~for August 24, 2009~~ to be set, and the trial is scheduled for September 8, 2009; and

IT IS FURTHER ORDERED that the period from May 19, 2009, through July 20, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. FAITH S. HOCHBERG
United States District Judge

I hereby consent to the form
and entry of this Order

Lorraine Gauli-Rufo, Esq.
ATTORNEY FOR DEFENDANT

BRIAN L. URBANO, AUSA